October 21, 2005

Ms. Michelle E. Robberson
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Honorable Mackey K. Hancock
99th District Court
P. O. Box 10536
Lubbock, TX 79408-3536

Mr. Joe L. Lovell
Lovell Lovell Newsom & Isern, L.L.P.
112 West 8th Ave, Suite 1000
Amarillo, TX 79101-2314
Honorable William Charles Sowder
99th District Court
P.O. Box 10536
Lubbock, TX 79408

Mr. Dicky Grigg
Spivey Grigg Kelly & Knisely
48 East Avenue
Suite 100
Austin, TX 78701-4320

Mr. Paul S. Colley
Paul Colley Jr. & Associates
48 East Avenue
Austin, TX 78701

RE: Case Number: 05-0814
 Court of Appeals Number: 07-05-00033-CV
 Trial Court Number: 2003-522,597

Style: IN RE COVENANT MEDICAL CENTER AND JOHN EATON, L.V.N.

Dear Counsel:

 Today the Supreme Court of Texas granted in part and denied in part
the Motion for Immediate Temporary Relief and issued the enclosed abatement
order in the above referenced-case. The relators' request for stay is
denied. (Justice Johnson not sitting)
 Sincerely,
 [pic]
 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Barbara Sucsy |
| |Honorable William Charles |
| |Sowder |